IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

[✓] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2000 MAY 14 A 11: 23
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

[✓] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

Buchwald, Naomi R.

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Partner at law firm of Kelley, Drye & Warren LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## 2009 Financial Disclosure Statement

Part VII: Investments and Trusts

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| 1. Citibank Accounts | D | Interest | O | T | | | | |
| 2. Citibank (IRA) 1 | A | Interest | K | T | | | | |

    – Western AssetCiti Liquid Reserve
      (Formerly Citifund Cash Reserves Class N)

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| 3. Citibank (IRA) 2 | A | Interest | O | T | | | | |
| | D | Dividends | | | | | | |

    – Citibank Deposits
      (Formerly Citifund Cash Reserves)
    – Analogue Devices (Common)
    – Applied Materials (Common)
    – Time Warner New (Common)
    – Time Warner Cable (Spin Off from Time Warner) (Common)
    – AOL Inc. (Spin Off from Time Warner) (Common)
    – Intel (Common)
    – Palm Inc (Common)
    – International Rectifier (Common)
    – Microsoft (Common)
    – Sun Microsystems (Common)
    – Moduslink Global Solutions (Merger with CMGI) (Common)

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| 4. JPMorgan Chase Accounts | A | Interest | K | T | | | | |
| 5. Schwab Account NY Muni Money Mkt | C | Dividends | M | T | | | | |
| 6. Bank of America | A | Dividends | J | T | | | | |

    Columbia Cash Reserves (formerly Prime Reserves)

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| 7. Treasury Direct Account | C | Interest | O | T | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. Time Warner<br>Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 9. Time Warner Cable<br>Common Stock (IRA)<br>(Spin off from Time Warner) | – | None | J | T | | | | | |
| 10. AOL Inc.<br>Common Stock (IRA)<br>(12/10/09 Spin off from Time Warner) | – | None | J | T | | | | | |

| 11. Applied Materials | B | Dividend | K | T | Bought | 7/27 | N | – |
|---|---|---|---|---|---|---|---|---|
| 12. Common Stock (IRA) | | | | | Sold | 7/27 | N | B |
| | | | | | Bought | 7/31 | K | – |
| | | | | | Sold | 7/31 | K | A |
| | | | | | Bought | 8/4 | N | – |
| | | | | | Sold | 8/4 | N | A |
| | | | | | Bought | 8/19 | M | – |
| | | | | | Sold | 8/20 | M | A |
| | | | | | Bought | 8/25 | M | – |
| | | | | | Sold | 9/4 | M | A |
| | | | | | Bought | 9/9 | L | – |
| | | | | | Sold | 9/9 | L | A |
| | | | | | Bought | 9/10 | L | – |
| | | | | | Bought | 9/30 | N | – |
| | | | | | Partial Sold | 9/30 | N | B |
| | | | | | Bought | 10/9 | L | – |
| | | | | | Partial Sold | 10/9 | L | A |
| | | | | | Bought | 12/4 | M | – |
| | | | | | Partial Sold | 12/4 | M | A |
| | | | | | Sold | 12/21 | M | – |

| 31. Blount<br>Common Stock | – | None | J | T |
|---|---|---|---|---|

| 32. Intel | D | Dividend | N | T | Bought | 2/24 | M | – |
|---|---|---|---|---|---|---|---|---|
| 33. Common Stock (IRA) | | | | | Partial Sold | 2/24 | M | A |
| | | | | | Sold | 2/25 | M | C |
| | | | | | Bought | 2/27 | M | – |
| | | | | | Sold | 3/4 | M | A |
| | | | | | Bought | 3/4 | M | – |

2

| # | Transaction | Date | | |
|---|---|---|---|---|
| 38 | Sold | 3/5 | M | – |
| 39 | Bought | 3/5 | M | – |
| 40 | Sold | 3/10 | M | D |
| 41 | Bought | 4/8 | L | – |
| 42 | Sold | 4/9 | L | B |
| 43 | Bought | 4/16 | M | – |
| 44 | Partial Sold | 4/16 | M | B |
| 45 | Bought | 4/17 | L | – |
| 46 | Bought | 4/22 | K | – |
| 47 | Sold | 4/28 | M | – |
| 48 | Bought | 4/28 | L | – |
| 49 | Bought | 4/29 | L | – |
| 50 | Sold | 5/4 | M | D |
| 51 | Bought | 5/4 | L | – |
| 52 | Bought | 5/5 | M | – |
| 53 | Bought | 5/15 | L | |
| 54 | Partial Sold | 6/1 | M | C |
| 55 | Bought | 7/16 | K | – |
| 56 | Bought | 7/17 | M | – |
| 57 | Partial Sold | 7/17 | M | A |
| 58 | Bought | 7/20 | N | – |
| 59 | Bought | 7/22 | M | – |
| 60 | Partial Sold | 7/22 | M | A |
| 61 | Bought | 7/23 | L | – |
| 62 | Partial Sold | 7/23 | M | A |
| 63 | Bought | 7/24 | M | – |
| 64 | Partial Sold | 7/24 | M | A |
| 65 | Bought | 7/27 | L | – |
| 66 | Partial Sold | 7/27 | L | A |
| 67 | Bought | 7/28 | L | – |
| 68 | Bought | 7/30 | M | – |
| 69 | Bought | 7/31 | N | – |
| 70 | Partial Sold | 7/31 | O | B |
| 71 | Bought | 8/3 | N | – |
| 72 | Partial Sold | 8/3 | N | A |
| 73 | Bought | 8/4 | O | – |
| 74 | Sold | 8/4 | P1 | E |
| 75 | Bought | 8/5 | N | – |
| 76 | Bought | 8/7 | M | – |
| 77 | Bought | 8/12 | N | – |
| 78 | Partial Sold | 8/13 | N | B |
| 79 | Bought | 8/14 | L | – |
| 80 | Partial Sold | 8/14 | L | A |

| # | Action | Date | | |
|---|---|---|---|---|
| 81 | Bought | 8/19 | N | -- |
| 82 | Partial Sold | 8/19 | O | A |
| 83 | Bought | 8/21 | N | – |
| 84 | Partial Sold | 8/21 | N | B |
| 85 | Sold | 8/25 | O | D |
| 86 | Bought | 9/4 | N | – |
| 87 | Partial Sold | 9/4 | M | A |
| 88 | Bought | 9/8 | N | – |
| 89 | Partial Sold | 9/8 | M | A |
| 90 | Bought | 9/10 | M | – |
| 91 | Bought | 9/11 | N | · |
| 92 | Bought | 9/14 | M | – |
| 93 | Sold | 9/15 | O | – |
| 94 | Bought | 9/15 | N | – |
| 95 | Sold | 9/18 | N | A |
| 96 | Bought | 9/30 | N | – |
| 97 | Sold | 10/8 | N | C |
| 98 | Bought | 10/9 | N | – |
| 99 | Sold | 10/9 | N | A |
| 100 | Bought | 10/12 | N | – |
| 101 | Sold | 10/13 | N | B |
| 102 | Bought | 10/14 | P1 | – |
| 103 | Bought | 10/27 | N | – |
| 104 | Partial Sold | 11/2 | P1 | – |
| 105 | Bought | 11/5 | P1 | – |
| 106 | Partial Sold | 11/9 | M | C |
| 107 | Partial Sold | 11/10 | L | C |
| 108 | Partial Sold | 11/12 | P1 | E |
| 109 | Bought | 11/16 | N | – |
| 110 | Partial Sold | 11/16 | N | B |
| 111 | Bought | 11/18 | P1 | – |
| 112 | Partial Sold | 11/18 | M | A |
| 113 | Partial Sold | 11/27 | P1 | – |
| 114 | Bought | 12/2 | P1 | – |
| 115 | Bought | 12/4 | N | – |
| 116 | Partial Sold | 12/4 | O | D |
| 117 | Bought | 12/7 | N | – |
| 118 | Partial Sold | 12/10 | O | D |
| 119 | Bought | 12/11 | O | – |
| 120 | Partial Sold | 12/15 | P1 | – |
| 121 | Bought | 12/16 | O | – |
| 122 | Partial Sold | 12/18 | O | D |
| 123 | Sold | 12/21 | J | A |

4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Analogue Devices | B | Dividend | L | T | Bought | 9/9 | L | – | |
| Common Stock (IRA) | | | | | Partial Sold | 9/9 | K | A | |
| | | | | | Sold | 12/16 | J | A | |
| Moduslink Common Stock (IRA) 9Merger with CMGI) | – | None | J | T | | | | | |
| International Rectifier Common Stock (IRA) | – | None | K | T | | | | | |
| Microsoft | C | Dividends | M | T | Bought | 4/2 | L | – | |
| Common Stock (IRA) | | | | | Sold | 4/9 | L | A | |
| | | | | | Bought | 4/17 | M | – | |
| | | | | | Bought | 4/22 | K | – | |
| | | | | | Sold | 4/24 | N | D | |
| | | | | | Bought | 4/27 | M | – | |
| | | | | | Partial Sold | 4/27 | M | A | |
| | | | | | Sold | 4/28 | L | – | |
| | | | | | Bought | 6/1 | L | – | |
| | | | | | Sold | 6/1 | L | A | |
| Palm Inc. Common Stock (IRA) | – | None | J | T | | | | | |
| Sun Microsystems Common Stock (IRA) | – | None | J | T | Bought | 4/16 | K | – | |
| | | | | | Sought | 4/16 | K | A | |
| Google Common Stock | – | None | K | T | Bought | 1/2 | M | – | |
| | | | | | Sold | 1/2 | N | D | |
| | | | | | Bought | 1/7 | M | – | |
| | | | | | Sold | 1/7 | M | A | |
| | | | | | Bought | 1/8 | M | – | |
| | | | | | Sold | 1/8 | M | B | |
| | | | | | Bought | 1/12 | M | – | |
| | | | | | Sold | 1/12 | N | A | |
| | | | | | Bought | 1/20 | M | – | |
| | | | | | Sold | 1/21 | M | C | |
| | | | | | Bought | 1/28 | N | – | |
| | | | | | Sold | 1/28 | N | B | |
| | | | | | Bought | 2/2 | N | – | |

| # | Action | Date | Col | Code |
|---|---|---|---|---|
| 155 | Sold | 2/2 | N | C |
| 156 | Bought | 2/3 | N | – |
| 157 | Sold | 2/3 | N | B |
| 158 | Bought | 2/4 | N | – |
| 159 | Sold | 2/4 | N | – |
| 160 | Bought | 2/5 | M | – |
| 161 | Sold | 2/5 | M | A |
| 162 | Bought | 2/6 | M | – |
| 163 | Sold | 2/6 | M | B |
| 164 | Bought | 2/9 | O | – |
| 165 | Sold | 2/9 | O | – |
| 166 | Bought | 2/10 | M | – |
| 167 | Bought | 2/11 | N | -- |
| 168 | Sold | 2/11 | O | C |
| 169 | Bought | 2/13 | M | – |
| 170 | Sold | 2/13 | M | B |
| 171 | Bought | 2/23 | M | – |
| 172 | Sold | 2/24 | M | D |
| 173 | Bought | 2/24 | N | – |
| 174 | Sold | 2/26 | N | -- |
| 175 | Bought | 2/27 | O | -- |
| 176 | Partial Sold | 2/27 | O | A |
| 177 | Sold | 3/2 | N | – |
| 178 | Bought | 3/4 | M | – |
| 179 | Sold | 3/4 | M | – |
| 180 | Bought | 3/5 | M | – |
| 181 | Sold | 3/5 | M | A |
| 182 | Bought | 3/9 | M | – |
| 183 | Sold | 3/10 | M | C |
| 184 | Bought | 3/25 | M | -- |
| 185 | Bought | 3/26 | M | -- |
| 186 | Partial Sold | 3/26 | N | B |
| 187 | Sold | 3/30 | M | -- |
| 188 | Bought | 4/28 | N | – |
| 189 | Sold | 4/28 | N | A |
| 190 | Bought | 8/24 | M | – |
| 191 | Sold | 8/24 | M | A |
| 192 | Bought | 8/25 | N | – |
| 193 | Sold | 8/25 | N | A |
| 194 | Bought | 9/18 | M | -- |
| 195 | Sold | 9/18 | M | A |
| 196 | Bought | 12/31 | N | -- |
| 197 | Partial Sold | 12/31 | N | -- |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 198 | Research-in-Motion | -- | None | Sold | 1/2 | L | C |
| 199 | Common Stock | | | Bought | 1/20 | M | -- |
| 200 | | | | Sold | 1/20 | M | B |
| 201 | | | | Bought | 4/7 | L | -- |
| 202 | | | | Bought | 4/13 | M | -- |
| 203 | | | | Partial Sold | 4/13 | M | A |
| 204 | | | | Bought | 4/14 | M | -- |
| 205 | | | | Partial Sold | 4/14 | M | A |
| 206 | | | | Sold | 4/15 | M | C |
| 207 | | | | Bought | 4/20 | L | |
| 208 | | | | Sold | 4/22 | M | C |
| 209 | | | | Bought | 5/27 | N | -- |
| 210 | | | | Sold | 5/28 | N | D |
| 211 | | | | Bought | 5/29 | N | -- |
| 212 | | | | Sold | 6/1 | N | D |
| 213 | | | | Bought | 6/2 | M | -- |
| 214 | | | | Bought | 6/4 | O | -- |
| 215 | | | | Partial Sold | 6/4 | O | C |
| 216 | | | | Bought | 6/5 | O | -- |
| 217 | | | | Partial Sold | 6/5 | O | A |
| 218 | | | | Bought | 6/9 | N | -- |
| 219 | | | | Partial Sold | 6/9 | M | A |
| 220 | | | | Bought | 6/26 | M | -- |
| 221 | | | | Bought | 7/10 | L | -- |
| 222 | | | | Partial Sold | 7/10 | L | A |
| 223 | | | | Bought | 7/13 | M | -- |
| 224 | | | | Partial Sold | 7/13 | M | B |
| 225 | | | | Bought | 7/14 | L | -- |
| 226 | | | | Partial Sold | 7/14 | L | -- |
| 227 | | | | Bought | 7/17 | P1 | -- |
| 228 | | | | Sold | 7/17 | P1 | -- |
| 229 | | | | Bought | 7/23 | O | -- |
| 230 | | | | Partial Sold | 7/23 | N | C |
| 231 | | | | Sold | 7/24 | N | -- |
| 232 | | | | Bought | 7/29 | O | -- |
| 233 | | | | Sold | 7/31 | O | D |
| 234 | | | | Bought | 7/31 | O | -- |
| 235 | | | | Bought | 8/3 | O | -- |
| 236 | | | | Partial Sold | 8/3 | O | C |
| 237 | | | | Sold | 8/4 | M | C |
| 238 | | | | Bought | 8/10 | N | -- |
| 239 | | | | Bought | 8/12 | M | -- |

| No. | Transaction | Date | | |
|---|---|---|---|---|
| 240 | Partial Sold | 8/14 | M | B |
| 241 | Partial Sold | 8/18 | M | B |
| 242 | Bought | 8/19 | O | – |
| 243 | Partial Sold | 8/19 | N | B |
| 244 | Sold | 8/20 | M | D |
| 245 | Bought | 8/24 | M | – |
| 246 | Bought | 8/25 | M | – |
| 247 | Bought | 8/26 | M | – |
| 248 | Partial Sold | 8/26 | M | B |
| 249 | Bought | 8/27 | M | – |
| 250 | Partial Sold | 8/27 | M | A |
| 251 | Bought | 8/28 | M | – |
| 252 | Sold | 9/4 | N | D |
| 253 | Bought | 9/9 | N | – |
| 254 | Partial Sold | 9/9 | M | A |
| 255 | Bought | 9/10 | M | – |
| 256 | Sold | 9/10 | N | B |
| 257 | Bought | 9/11 | M | – |
| 258 | Sold | 9/11 | M | B |
| 259 | Bought | 9/15 | N | – |
| 260 | Sold | 9/15 | N | A |
| 261 | Bought | 9/17 | N | – |
| 262 | Sold | 9/18 | N | A |
| 263 | Bought | 9/24 | M | – |
| 264 | Sold | 9/24 | M | – |
| 265 | Bought | 10/2 | M | – |
| 266 | Bought | 10/5 | N | – |
| 267 | Bought | 10/6 | M | – |
| 268 | Partial Sold | 10/7 | L | B |
| 269 | Bought | 10/8 | N | – |
| 270 | Sold | 10/8 | O | E |
| 271 | Bought | 10/9 | N | – |
| 272 | Partial Sold | 10/9 | L | – |
| 273 | Sold | 10/14 | M | – |
| 274 | Bought | 10/16 | N | – |
| 275 | Partial Sold | 11/2 | M | – |
| 276 | Bought | 11/30 | N | – |
| 277 | Partial Sold | 11/30 | L | – |
| 278 | Bought | 12/8 | M | – |
| 279 | Partial Sold | 12/8 | M | A |
| 280 | Partial Sold | 12/10 | N | E |
| 281 | Bought | 12/11 | N | – |
| 282 | Partial Sold | 12/16 | K | B |

8

|  |  |  |  |  | Bought | 12/18 | N | – |
|  |  |  |  |  | Bought | 12/21 | N | – |
|  |  |  |  |  | Partial Sold | 12/26 | L | – |
|  |  |  |  |  | Sold | 12/31 | P1 | – |

| | A. Description | C. Income | | D.Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| 287 | Amazon | – | None | N | T | Bought | 1/2 | M | – |
| 288 | Common Stock | | | | | Sold | 1/2 | M | B |
| | | | | | | Bought | 1/5 | M | – |
| | | | | | | Partial Sold | 1/5 | M | B |
| | | | | | | Sold | 1/12 | M | – |
| | | | | | | Bought | 1/21 | N | – |
| | | | | | | Sold | 1/21 | N | C |
| | | | | | | Bought | 1/29 | M | – |
| | | | | | | Sold | 1/29 | M | A |
| | | | | | | Bought | 2/2 | M | – |
| | | | | | | Sold | 2/2 | M | A |
| | | | | | | Bought | 2/4 | M | – |
| | | | | | | Sold | 2/4 | M | C |
| | | | | | | Bought | 2/10 | M | – |
| | | | | | | Partial Sold | 2/10 | M | D |
| | | | | | | Sold | 2/11 | L | A |
| | | | | | | Bought | 2/25 | N | – |
| | | | | | | Partial Sold | 2/25 | M | B |
| | | | | | | Bought | 2/26 | N | – |
| | | | | | | Partial Sold | 2/26 | N | C |
| | | | | | | Bought | 2/27 | M | – |
| | | | | | | Sold | 2/27 | M | B |
| | | | | | | Bought | 3/3 | M | .. |
| | | | | | | Sold | 3/4 | M | C |
| | | | | | | Bought | 3/6 | M | – |
| | | | | | | Sold | 3/10 | M | D |
| | | | | | | Bought | 3/25 | M | – |
| | | | | | | Sold | 3/26 | M | C |
| | | | | | | Bought | 3/26 | N | – |
| | | | | | | Bought | 3/30 | N | – |
| | | | | | | Sold | 3/30 | N | O |
| | | | | | | Bought | 3/31 | N | – |
| | | | | | | Bought | 4/1 | M | – |

9

| | | | | |
|---|---|---|---|---|
| 320 | Bought | 4/2 | M | – |
| 321 | Partial Sold | 4/2 | N | C |
| 322 | Partial Sold | 4/9 | M | D |
| 323 | Bought | 4/13 | M | – |
| 324 | Sold | 4/15 | N | – |
| 325 | Bought | 4/15 | N | – |
| 326 | Sold | 4/16 | N | D |
| 327 | Bought | 4/28 | M | – |
| 328 | Partial Sold | 4/28 | M | A |
| 329 | Bought | 5/7 | N | – |
| 330 | Bought | 5/27 | M | – |
| 331 | Sold | 6/1 | O | E |
| 332 | Bought | 6/4 | M | – |
| 333 | Bought | 6/9 | M | – |
| 334 | Bought | 6/26 | M | – |
| 335 | Partial Sold | 6/26 | M | A |
| 336 | Partial Sold | 7/14 | N | – |
| 337 | Bought | 7/15 | N | – |
| 338 | Partial Sold | 7/15 | N | C |
| 339 | Bought | 7/17 | O | – |
| 340 | Sold | 7/17 | O | – |
| 341 | Bought | 7/17 | N | – |
| 342 | Sold | 7/17 | N | – |
| 343 | Bought | 7/27 | O | – |
| 344 | Sold | 7/27 | O | A |
| 345 | Bought | 7/29 | M | – |
| 346 | Sold | 7/30 | M | C |
| 347 | Bought | 8/4 | O | – |
| 348 | Partial Sold | 8/4 | O | – |
| 349 | Sold | 8/11 | N | – |
| 350 | Bought | 8/11 | N | – |
| 351 | Sold | 8/12 | M | C |
| 352 | Bought | 8/13 | M | – |
| 353 | Bought | 8/20 | O | – |
| 354 | Partial Sold | 8/20 | M | A |
| 355 | Bought | 8/21 | M | – |
| 356 | Partial Sold | 8/21 | O | D |
| 357 | Bought | 8/24 | N | – |
| 358 | Partial Sold | 8/24 | M | A |
| 359 | Bought | 8/25 | M | – |
| 360 | Bought | 8/27 | M | – |
| 361 | Partial Sold | 8/27 | M | A |
| 362 | Bought | 9/4 | L | – |

| | Type | Date | | |
|---|---|---|---|---|
| 363 | Partial Sold | 9/4 | L | A |
| 364 | Partial Sold | 9/11 | N | A |
| 365 | Bought | 9/14 | M | – |
| 366 | Bought | 9/15 | P1 | – |
| 367 | Partial Sold | 9/15 | O | B |
| 368 | Partial Sold | 9/16 | N | E |
| 369 | Bought | 9/17 | M | – |
| 370 | Sold | 9/18 | O | E |
| 371 | Bought | 9/22 | M | – |
| 372 | Sold | 9/22 | M | – |
| 373 | Bought | 9/30 | M | – |
| 374 | Sold | 9/30 | M | B |
| 375 | Bought | 10/1 | M | – |
| 376 | Bought | 10/7 | M | – |
| 377 | Partial Sold | 10/7 | L | C |
| 378 | Bought | 10/8 | P1 | – |
| 379 | Partial Sold | 10/8 | O | D |
| 380 | Partial Sold | 10/9 | N | – |
| 381 | Sold | 10/14 | N | A |
| 382 | Bought | 10/16 | M | – |
| 383 | Partial Sold | 10/22 | L | D |
| 384 | Bought | 10/23 | M | – |
| 385 | Sold | 10/23 | N | E |
| 386 | Bought | 10/26 | O | – |
| 387 | Partial Sold | 10/26 | N | D |
| 388 | Sold | 10/28 | N | B |
| 389 | Bought | 11/11 | M | – |
| 390 | Partial Sold | 11/11 | M | A |
| 391 | Bought | 11/17 | M | – |
| 392 | Sold | 11/17 | M | A |
| 393 | Bought | 11/24 | M | – |
| 394 | Sold | 11/24 | M | A |
| 395 | Bought | 11/25 | M | – |
| 396 | Sold | 11/25 | M | B |
| 397 | Bought | 12/16 | N | – |
| 398 | Bought | 12/21 | P1 | – |
| 399 | Partial Sold | 12/21 | P1 | D |
| 400 | Bought | 12/30 | O | – |
| 401 | Partial Sold | 12/30 | N | A |

Apple Computer
Common Stock          None   402   Bought   1/12   M   –
                             403   Sold     1/12   M   –
                             404   Bought   1/28   M   –

11

| | | | | |
|---|---|---|---|---|
| 405 | Sold | 1/28 | M | A |
| 406 | Bought | 1/29 | M | – |
| 407 | Sold | 1/29 | M | A |
| 408 | Bought | 2/2 | M | -- |
| 409 | Sold | 2/2 | M | B |
| 410 | Bought | 2/3 | M | – |
| 411 | Sold | 2/3 | M | A |
| 412 | Bought | 2/4 | N | – |
| 413 | Partial Sold | 2/4 | M | -- |
| 414 | Bought | 2/5 | N | – |
| 415 | Sold | 2/5 | N | D |
| 416 | Bought | 2/10 | M | – |
| 417 | Partial Sold | 2/10 | M | C |
| 418 | Bought | 2/11 | L | – |
| 419 | Sold | 2/11 | M | – |
| 420 | Bought | 2/20 | M | .. |
| 421 | Partial Sold | 2/20 | M | D |
| 422 | Bought | 2/24 | M | – |
| 423 | Sold | 2/24 | M | – |
| 424 | Bought | 2/26 | N | – |
| 425 | Partial Sold | 2/26 | M | B |
| 426 | Sold | 3/4 | M | – |
| 427 | Bought | 3/5 | N | -- |
| 428 | Partial Sold | 3/5 | M | – |
| 429 | Sold | 3/10 | M | – |
| 430 | Bought | 3/25 | M | – |
| 431 | Sold | 3/26 | M | C |
| 432 | Bought | 4/28 | N | – |
| 433 | Sold | 4/28 | N | B |
| 434 | Bought | 8/17 | M | – |
| 435 | Sold | 8/18 | M | C |
| 436 | Bought | 9/18 | N | – |
| 437 | Sold | 9/18 | N | B |
| 438 | Bought | 9/22 | N | -- |
| 439 | Sold | 9/22 | N | B |
| 440 | Bought | 9/30 | N | – |
| 441 | Sold | 9/30 | N | C |
| 442 | Bought | 10/1 | N | – |
| 443 | Sold | 10/2 | N | C |
| 444 | Bought | 10/9 | N | – |
| 445 | Sold | 10/13 | N | .. |
| 446 | Bought | 12/16 | N | – |
| 447 | Sold | 12/16 | N | C |

12

|  |  |  | Bought | 12/21 | M | · |
|  |  | 448 | Sold | 12/21 | M | A |
|  |  | 449 | Bought | 12/23 | N | – |
|  |  | 450 | Sold | 12/30 | N | E |
|  |  | 451 |  |  |  |  |

| Cisco | – | 452 None | Bought | 4/17 | M | – |
|---|---|---|---|---|---|---|
| Common Stock |  | 453 | Sold | 4/24 | M | B |
|  |  | 454 | Bought | 4/24 | L | – |
|  |  | 455 | Sold | 4/28 | L | C |
|  |  | 456 | Bought | 4/30 | M | ... |
|  |  | 457 | Sold | 5/1 | M | B |
|  |  | 458 | Bought | 9/8 | M | – |
|  |  | 459 | Sold | 9/8 | M | A |
|  |  | 460 | Bought | 10/8 | M | ... |
|  |  | 461 | Sold | 10/8 | M | B |
|  |  | 462 | Bought | 11/17 | N | – |
|  |  | 463 | Partial Sold | 11/17 | M | A |
|  |  | 464 | Bought | 12/21 | M | – |
|  |  | 465 | Partial Sold | 12/21 | M | A |
|  |  | 466 | Sold | 12/30 | M | A |

| Ebay | – | None 467 | Bought | 4/22 | K | – |
|---|---|---|---|---|---|---|
| Common Stock |  | 468 | Bought | 4/27 | L | – |
|  |  | 469 | Sold | 4/28 | M | A |
|  |  | 470 | Bought | 4/28 | L | – |
|  |  | 471 | Bought | 4/29 | M | – |
|  |  | 472 | Bought | 5/4 | M | – |
|  |  | 473 | Partial Sold | 5/4 | L | A |
|  |  | 474 | Sold | 5/5 | N | D |
|  |  | 475 | Bought | 5/7 | L | – |
|  |  | 476 | Sold | 5/15 | L | A |
|  |  | 477 | Bought | 5/19 | L | – |
|  |  | 478 | Bought | 6/1 | M | – |
|  |  | 479 | Bought | 7/17 | L | – |
|  |  | 480 | Sold | 7/17 | N | C |
|  |  | 481 | Bought | 10/9 | M | – |
|  |  | 482 | Partial Sold | 10/9 | L | A |
|  |  | 483 | Sold | 10/12 | M | B |
|  |  | 484 | Bought | 11/11 | M | – |
|  |  | 485 | Sold | 11/11 | M | A |

| Rambus | – | None 486 | Bought | 10/9 | K | – |
|---|---|---|---|---|---|---|
| Common Stock |  | 487 | Sold | 10/9 | K | A |

13

| Texas Instruments | – | None | 488 | | | Bought | 7/27 | M | – |
| Common Stock | | | 489 | | | Sold | 7/27 | M | A |
| | | | 490 | | | Bought | 7/31 | M | ⋯ |
| | | | 491 | | | Sold | 8/3 | M | A |
| | | | 492 | | | Bought | 8/7 | M | – |
| | | | 493 | | | Bought | 8/10 | L | -- |
| | | | 494 | | | Bought | 8/11 | N | – |
| | | | 495 | | | Partial Sold | 8/11 | N | A |
| | | | 496 | | | Sold | 8/13 | M | B |
| | | | 497 | | | Bought | 8/14 | M | – |
| | | | 498 | | | Partial Sold | 8/14 | M | A |
| | | | 499 | | | Bought | 8/17 | L | – |
| | | | 500 | | | Sold | 8/18 | M | B |
| | | | 501 | | | Bought | 8/26 | M | – |
| | | | 502 | | | Partial Sold | 8/26 | L | A |
| | | | 503 | | | Sold | 9/4 | L | B |
| | | | 504 | | | Bought | 9/9 | L | -- |
| | | | 505 | | | Sold | 9/9 | L | A |
| | | | 506 | | | Bought | 9/10 | M | – |
| | | | 507 | | | Partial Sold | 9/13 | M | – |
| | | | 508 | | | Sold | 9/18 | J | ⋯ |
| Yahoo | – | None | 509 | L | T | Bought | 1/21 | M | – |
| Common Stock | | | 510 | | | Sold | 1/21 | M | – |
| | | | 511 | | | Bought | 2/11 | L | – |
| | | | 512 | | | Sold | 2/11 | L | – |
| | | | 513 | | | Bought | 9/16 | N | – |
| | | | 514 | | | Partial Sold | 9/16 | M | A |
| | | | 515 | | | Sold | 9/17 | M | C |

14